AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kolar, Joshua P. | United States District Court, Northern District of Indiana | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-Time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

5400 Fecderal Plaza, Suite 3700
Hammond, Indiana 46320

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President's Council | Shedd Aquarium |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient | Student Loans | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. yNorthern Trust (Money Market) Market/ NORXX) | A | Dividend | J | T | | | | | |
| 2. Northern Trust (Banking-Checking Cash Equivalent) | | None | J | T | | | | | |
| 3. USAA/Charles Schwab (SPY) | A | Dividend | K | T | | | | | |
| 4. USAA/Charles Schwab (DIA) | A | Dividend | K | T | | | | | |
| 5. Fidelity (Fidelity Freedom 2040) | B | Dividend | M | T | | | | | |
| 6. Fidelity (Vanguard Target 2045) | | None | J | T | | | | | |
| 7. Fidelity (Vanguard Target 2040 | | None | M | T | | | | | |
| 8. Morgan Stanley (GIBIX) | A | Dividend | | | Buy (add'l) | 01/29/20 | J | | |
| 9. Morgan Stanley (GIBIX) | A | Dividend | | | Sold (part) | 03/20/20 | J | A | |
| 10. Morgan Stanley (GIBIX) | A | Dividend | | | Buy | 04/02/20 | J | | |
| 11. Morgan Stanley (GIBIX) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 12. Morgan Stanley (XLV) | A | Dividend | | | Sold | 01/29/20 | J | A | |
| 13. Morgan Stanley (MTUM) | A | Dividend | | | Sold (part) | 01/29/20 | J | A | |
| 14. Morgan Stanley (MTUM) | A | Dividend | | | Sold (part) | 03/20/20 | J | | |
| 15. Morgan Stanley (MTUM) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 16. Morgan Stanley (QUAL) | A | Dividend | | | Sold (part) | 01/29/20 | J | A | |
| 17. Morgan Stanley (QUAL) | A | Dividend | | | Sold (part) | 04/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Morgan Stanley (QUAL) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 19.  Morgan Stanley (EMGF) | | None | | | Sold (part) | 01/29/20 | J | A | |
| 20.  Morgan Stanley (EMGF) | | None | | | Sold (part) | 03/20/20 | J | | |
| 21.  Morgan Stanley (EMGF) | | None | | | Sold (part) | 04/02/20 | J | | |
| 22.  Morgan Stanley (EMGF) | | None | | | Sold | 04/08/20 | J | | |
| 23.  Morgan Stanley (LFMIX) | | None | | | Buy (add'l) | 01/29/20 | J | | |
| 24.  Morgan Stanley (LFMIX) | | None | | | Sold (part) | 03/20/20 | J | A | |
| 25.  Morgan Stanley (LFMIX) | | None | | | Buy (add'l) | 04/02/20 | J | | |
| 26.  Morgan Stanley (LFMIX) | | None | | | Sold | 04/08/20 | J | | |
| 27.  Morgan Stanley (LOTIX) | | None | | | Buy (add'l) | 04/02/20 | J | | |
| 28.  Morgan Stanley (LOTIX) | | None | | | Sold | 04/08/20 | J | | |
| 29.  Morgan Stanley (PONPX) | A | Dividend | | | Buy (add'l) | 01/29/20 | J | | |
| 30.  Morgan Stanley (PONPX) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 31.  Morgan Stanley (DLS) | A | Dividend | | | Sold (part) | 01/29/20 | J | A | |
| 32.  Morgan Stanley (DLS) | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |
| 33.  Morgan Stanley (DLS) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 34.  Morgan Stanley (DRGW) | A | Dividend | | | Sold (part) | 01/29/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Morgan Stanley (DRGW) | A | Dividend | | | Sold<br>(part) | 03/20/20 | J | | |
| 36.  Morgan Stanley (DRGW) | A | Dividend | | | Sold<br>(part) | 04/02/20 | J | | |
| 37.  Morgan Stanley (DRGW) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 38.  Morgan Stanley (EES) | A | Dividend | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 39.  Morgan Stanley (EES) | A | Dividend | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 40.  Morgan Stanley (EES) | A | Dividend | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 41.  Morgan Stanley (EES) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 42.  Morgan Stanley (PDBC) | A | Dividend | | | Sold | 01/29/20 | J | | |
| 43.  Morgan Stanley (SPHD) | A | Dividend | | | Sold<br>(part) | 01/29/20 | J | | |
| 44.  Morgan Stanley (SPHD) | A | Dividend | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 45.  Morgan Stanley (SPHD) | A | Dividend | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 46.  Morgan Stanley (SPHD) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 47.  Morgan Stanley (IVV) | A | Dividend | | | Buy<br>(add'l) | 01/29/20 | J | | |
| 48.  Morgan Stanley (IVV) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 49.  Morgan Stanley (EFAV) | | None | | | Sold<br>(part) | 01/29/20 | J | A | |
| 50.  Morgan Stanley (EFAV) | | None | | | Sold<br>(part) | 03/20/20 | J | | |
| 51.  Morgan Stanley (EFAV) | | None | | | Sold<br>(part) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley (EFAV) | | None | | | Sold | 04/08/20 | J | | |
| 53. Morgan Stanley (PULS) | A | Dividend | | | Buy (add'l) | 01/29/20 | J | | |
| 54. Morgan Stanley (PULS) | A | Dividend | | | Sold (part) | 03/20/20 | J | | |
| 55. Morgan Stanley (PULS) | A | Dividend | | | Sold | 04/02/20 | J | | |
| 56. Morgan Stanley (XLF) | A | Dividend | | | Sold (part) | 01/29/20 | J | | |
| 57. Morgan Stanley (XLF) | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |
| 58. Morgan Stanley (XLF) | A | Dividend | | | Buy (add'l) | 04/02/20 | J | | |
| 59. Morgan Stanley (XLF) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 60. Morgan Stanley (EZM) | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |
| 61. Morgan Stanley (EZM) | A | Dividend | | | Buy (add'l) | 04/02/20 | J | | |
| 62. Morgan Stanley (EZM) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 63. Morgan Stanley (DON) | A | Dividend | | | Buy (add'l) | 01/29/20 | J | | |
| 64. Morgan Stanley (DON) | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |
| 65. Morgan Stanley (DON) | A | Dividend | | | Buy (add'l) | 04/02/20 | J | | |
| 66. Morgan Stanley (DON) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 67. Morgan Stanley (AZIPX) | | None | | | Buy (add'l) | 01/29/20 | J | | |
| 68. Morgan Stanley (AZIPX) | | None | | | Sold | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley (BXMIX) | | None | | | Buy (add'l) | 01/29/20 | J | | |
| 70. Morgan Stanley (BXMIX | | None | | | Sold (part) | 03/20/20 | J | | |
| 71. Morgan Stanley (BXMIX) | | None | | | Sold | 04/02/20 | J | | |
| 72. Morgan Stanley (IUSG) | A | Dividend | | | Buy | 01/29/20 | J | | |
| 73. Morgan Stanley (IUSG) | A | Dividend | | | Sold (part) | 03/20/20 | J | | |
| 74. Morgan Stanley (IUSG) | A | Dividend | | | Sold (part) | 04/02/20 | J | | |
| 75. Morgan Stanley (IUSG) | A | Dividend | | | Sold | 04/08/20 | J | | |
| 76. Morgan Stanely (IEFA) | | None | | | Buy | 01/29/20 | J | | |
| 77. Morgan Stanely (IEFA) | | None | | | Buy (add'l) | 03/20/20 | J | | |
| 78. Morgan Stanely (IEFA) | | None | | | Sold (part) | 04/02/20 | J | | |
| 79. Morgan Stanely (IEFA) | | None | | | Sold | 04/08/20 | J | | |
| 80. Morgan Stanley (HYSZX) | A | Dividend | | | Buy | 04/02/20 | J | | |
| 81. Morgan Stanley (HYSZX) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 82. Morgan Stanley (PIFZX) | A | Dividend | | | Buy | 04/02/20 | J | | |
| 83. Morgan Stanley (PIFZX) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 84. Morgan Stanley (SPY) | A | Dividend | L | T | Buy | 04/08/20 | K | | |
| 85. Morgan Stanley (MDY) | A | Dividend | K | T | Buy | 04/08/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolar, Joshua P. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley (PCVXX) | | None | K | T | Buy | 03/20/20 | J | | |
| 87. Morgan Stanley (PCVXX) | | None | | | Sold (part) | 04/02/20 | J | | |
| 88. Morgan Stanley (PCVXX) | | None | | | Buy | 04/08/20 | K | | |
| 89. Morgan Stanley Bank (Cash Equivalent) | A | Int./Div. | J | T | | | | | |
| 90. Capital One (Cash Equivalent) | A | Interest | J | T | | | | | |
| 91. Invesco Mid Cap Core Equity Fund-Class C | A | Dividend | J | T | | | | | |
| 92. Invesco Mid Cap Core Equity Fund-Class A | A | Dividend | J | T | | | | | |
| 93. Centier Bank (Checking Cash Equivalent) Y | A | Int./Div. | J | T | | | | | |
| 94. College Choice 529 2033 Enrollment | | None | K | T | | | | | |
| 95. College Choice 529 2036 Enrollment | | None | J | T | | | | | |
| 96. College Choice 529 2030 Enrollment | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Upon assuming the role of a United States Magistrate Judge, I ensured my investments were unlikely to raise a need for recusal and instructed my financial advisor to avoid a broad range of investments that had a high likelihood of creating the need for recusal at some point in my judicial career. I have now further instructed my financial advisor to limit my holdings to a small number of investments that broadly track market index funds and to hold those investments, without selling them or exchanging them for similar such funds to simply reporting in future years. I made monthly deposits to 529 plans ████████████████ ████████ Those fiunds are disclosed in Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joshua P. Kolar**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544